12-CV-05093-CMP

Civil Rights Complaint (Rev. 03/98)

Lonnie House 909026
Sccc 191 Constantine way
Aberdeen WA. 98520

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

_____ FILED _____ LODGED
_____ RECEIVED

FEB 01 2011

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

---

(Name of Plaintiff)

Judge Stoner, Esther Rogers Nancey Rogers
Theordor Rogers, Steven Moyer, Theresia Moyer

vs.

Dep. David F. Hardy, ~~████████~~

All these People except

CCSO David F. Hardy was in trial

Also Dep cruser CCSO was

not in trial or any

other officers And Steven Moyer

(Names of Defendants)

C12-5093 BHS/KLS

CIVIL RIGHTS COMPLAINT
UNDER 42 U.S.C. § 1983

## I. Previous Lawsuits:

A.   Have you brought any other lawsuits in any federal court in the United States while a prisoner:   ☐ Yes   ☒ No

B.   If your answer to A is yes, how many?: _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1.   Parties to this previous lawsuit:

Plaintiff  Lonnie House 909026 SCCC 191 constantine way Aberdeen WA 98520

Defendants Judge Stoner, Esther Rogers, Nancey Rogers, Theorder Rogers Theresia Moyer, Steven Moyer ~~████~~ Dep. David F Hardy

2.   Court (give name of District)

ClerK US District court 1717 Pacific AVE, Room 3100 Tacoma, WA 98402.

Cowlitiz county where I went to trial

*please put docket Number for U.S. District court if need to be given one please*

Cowlitz county ←
*Cause No.*

3. Docket Number ~~05-1-720~~ 05-1-01662-8

4. Name of judge to whom case was assigned *was not assighned to U.S. District court yet. Cowlitz County Judge Stoner*

5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?) *Im Just doing it now U.S. District court*

6. Approximate date of filing lawsuit *Now 1, 22, 2012*

7. Approximate date of disposition _____

II. **Place of Present Confinement:** *SCCC 191 constantine may Aberdeen WA. 98520*

   A. Is there a prisoner grievance procedure available at this institution?
   ☒ Yes     ☐ No

   B. Have you filed any grievances concerning the facts relating to this complaint?
   ☐ Yes     ☒ No

   If your answer is NO, explain why not *Have No Reason to because I dont do it for this case,*

   C. Is the grievance process completed?    ☐ Yes     ☒ No *Did not do one*

   If your answer is YES, **ATTACH A COPY OF THE FINAL GRIEVANCE RESOLUTION for any grievance concerning facts relating to this case.**

III. **Parties to this Complaint**

   A. Name of Plaintiff: *Lonnie House*    Inmate No.: *909026*
   Address: *SCCC 191 constantine may Aberdeen WA. 98520*

   (In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

   B. Name of Defendant: *Judge Stoner, and David Handy, officer*
   Official position: *Judge, Deputy CCSO*
   Place of employment: *Cowlitz county*
   Address: *Hall of Justice 312 S. Avenue West Kelso, washington 98626-1724*

2

C. Additional defendants _Judge Stoner, Deputy David F Handy, Esther Rogers, Nancey Rogers, Theordor Rogers, Steven Moyer, Theresia Moyer, ~~████████~~, Dep. Cruser CCSO_

## III. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates, places, and other persons involved. Do not give any legal arguments or cite any cases or statutes. If you allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

Esther Rogers lied in trial when ask if she had the Baseball bat. She also said in trial the reason the Bat got against her throat is because of what she did and Lonnie was putting her in check. Esther Rogers also said in trial that she ran from the seen because of what she did and she had a warrent. And the Judge new in trial every one of the defendants had warrents and he said he would squash all defendants/warrents to testify against me.

In the other Facts, I already wrote on paper. And Statement of Claims are made on paper. I'm not a good writer I Apologize it what is. Also I would like to state the Fact in the pictures Shows No bodily harm to Esther Roger throat or should say Neck. There is No Head or neck to really Say its Esther Rogers And there one good picture and a bad picture makeing her look worst thaN what she realy is on her Arm. And these picture was taken on the same day. Esther Roger said two weeks after December 13, 2005. Deputy David F Handy said he did it the day after December 13 2005. Its a fact that one of them is lieing. This Arrest for me was three weeks after I was beat up and Robbed. And Deputy David F Handy reports on Arresting cause Statemente are not true. I did leave and came back to get my belonging and Esther Roger did what she did to cause me to defend my self and I lost.

1,23,2012

SccC 191 Constantine way
Aberdeen WA. 98520

1. I claim my CiviL Rights to be protected by Law from Intrapment. For when the Judge and Deputy/officer didn't sighn there signature to the Approval sheet of the Arresting cause sheet. With in 72 hours after I was arrested

2. I claim my CiviL Rights for a fair Trial in getting my selfdefense Instruction. when they was ask for in Trial.

3. I claim my CiviL Rights to be protected by Law from perjury from all defendants in Trial. Esther Rogers Lied on oath

4. I claim my CiviL Rights to be protected by Law from Intrapment. When the Judge Squashed all defendants warrents to testify against me.

5. I claim my CiviL Rights to be protected by Law. That the defendants can not steal my belonging and use a baseballbat to do it.

6. I claim my CiviL Rights that the defendants can not do Bodily Harm to me and take my belongings

7. I claim my CiviL Rights not to get on stand to protect my self

SCCC 191 constantine way
Aberdeen WA. 98520

Facts

I Lonnie House State the Facts of my case
Dec 13 2005 I went and seen Kevin
Renther who is my probation officer
to Report and ask if I can go to
Esther Roger's to get my belonging.
He say yes I can. And then I
get to Esther Rogers Mother house
where Esther Rogers is liveing
I see Esther Rogers Dec 13, 2005
and let her know I like to marrie
her and if are relationship was not
going to work. I would like to get
my belongings. She said she did
not have my belonging and wanted
me to leave. I ask her where my
belonging was. She said at her
friend EAgles house. She then
said that she would meet me some
where to get my belonging. And she
had a baseballbat in her hand.
I told her she can put that base ball
bat down. I did not come here to
hurt you. She then put the base
ballbat down. We rolled a cigerette
and smoked it. Then I said allrigh
I'm going to leave And then I stoped
at the van and got a back pack
I put there when I first showed
up Dec 13, 2005. Esther Rogers seen

Case 3:12-cv-05093-BHS Document 8 1 Filed 02/27/12 Page 6 of 27
Case 3:12-cv-05093-BHS-KLS Document 8-1 Filed 02/04/12 Page of 27

Lonnie House 949026
SCCC 191 constantine way
Aberdeen WA. 98520

Facts

me get it from the van. She said oh you do have somethings in the van. I said I will come back and get them when I had some-one to pick them up. I left and walk to a store that is about three miles away. It was close to being Christmas so I bought Christmas cookies and Milk candy Bars, soda pop. Esther Rogers brother shows up at the store pumping gas. I ask him if he can take me back to Esther Rogers to give her what I bought and also get my tent and sleeping bags out of the van. Theodore Rogers said he could not take me to see his sister Esther Roger's because he was not going that way. He left going the same way I wanted to go. I seen a man and ask if he was going the direction I was going. He said yes and he would give me a ride back to where I wanted to go. I got to Esther Rogers and the man that brought me there left. I walked up to the front porch and I can see Esther Rogers comeing

Case 3:12-cv-05093-BHS   Document 8   Filed 02/14/12   Page 7 of 27

Lonnie Francis Lofland
SCCC 191 Constantine way
Aberdeen WA. 98520

Facts

out with the baseballbat.
She was standing on the front porch
and said you didnt bring the cops
did you. I said No! I wouldnt
do that to you I Love you.
And I bought you some cookies,
candy Bars, Milk, soda pop,
with in hope it will make you
feel better. She got all up set
and said she did not want the
food and Drinks. And Knocked them
out of my hands. She was getting
aggressie with the baseballbat.
I stop her from hiting me with it
We both was pulling back and
forth and she and I fail to
the ground. Her Mother Nancey
Rogers came out of the house
and got chokeing me and hit me
with something. At that time I
am trying to get the baseballbat
away in defense of my life. But
Nancey Rogers is on top me
and I'm on top of Esther Rogers.
The next store neighbors come over
as Nancey Rogers is yelling call the
cops. And I'm saying go ahead
and call the cops. I did not

SCCC 191 Constantine way
Aberdeen WA. 98520

Come here to fight I came here
to get my belongings. Theresia
Moyer say stop your fighting.
Every body stoped fighting.
I then had controll of the Base-
Ballbat. And then Steven Moyer
came at me. I pushed him away
with the baseballbat. Steven
Moyer Dad Mike Moyer started
hitting me from behind. Then Steve
Moyer got the baseballbat and
started hitting me in the ribbs
with it. And then his Dad took
the baseballbat and was doing
the same thing until I fail to
the Ground. Esther Rogers Ran
from the seen because of what
she did and had warrents.
I was able to get up and started
to Grab the food and Drinks I
bought and said Fuck you
guys I want out of here.
I got out to the road and Mike
Moyer and Steven Moyer would not
let me take the food and drinks.
Mike Moyer was holding my back
pack and said do you want
this. I said yes. He set it

Case 3:12-cv-05093-BHS Document 1-1 Filed 02/14/12 Page 9 of 27

Facts

SCCC 191 Constantine way
Aberdeen WA. 98520

down and put his fist up ready to fight. He said to me want to fight for it. I said No Im already beat up and I had enough. I picked my Back pack off the ground and walked away. I went about a mile 1/2 down the road. I about clasped in the ditch. The sheriff comes and see me. he ask what happen to me. I said I went to my girl friends to get my belongings and got beat up with a baseball bat. The sheriff called for Amblance. They took me to the Longview Hospital. They took pictures of my Bruised ribbs and Bloody face and mouth. My teeth where knocked out but not all of them. I end up getting 9 stiches to my uper right eye brow. The Sheriff Deputy Cruser — CCSO ask if I wanted to press charges. I said no I Love Esther I would like to just let it go. Its like conspiritsee there to many people involved and I have know witness. They are like family to each other and if I snitch or tell. They will hunt me down and beat me up or kill me. I said I dont have No where to go its to late. I would like you to

Lonnie House 909026
SCCC 191 Constantine way
Aberdeen WA. 98520

Facts

And he said he have to get a warrent to do so. I said I really dont have a place to go because it to late. I really need my tent and sleeping bag. The Doctor herd what I said and called the community House. And let them know I was beat up and need a place to stay. They eccepted me. I was doing real good there. Three weeks later I go to paradise cove RV Park. And my probation officer Kevin Rentner is Arresting some girl for Meth. He seen me and ask why I was at Paradise cove RV Park. I said I visiting my friends for Christmas. And he said OK. I went in to a friends trailer and talked. Then I left and went out side in the yard. There was 5 people standing out watching the Arrest Kevin Rentner was doing. A woman sheriff of cowlitz county name of Deputy Laura Thurman ask if a Lonnie House was here. I said yes I am him. She said I was being Arrested for a 4th degree Assault. She said will you come

SCCC 191 Constantine Way
Aberdeen WA 98520

Facts

## Prisoner Civil Rights Complaint

I said do I have to. She said yes you do. I went and got in to a Sheriff car. And it was in a male officer car, His name was Deputy Sheltons 1435. I went to Jail and was booked in to Cowlitz county Jail. For two accounts of 2nd degree Assault after I explained what happen.

I got a Appointed Attourney who name is Randolph Furman. I was told he got fired from being a Judge for looking at porns at work. I felt that was that would be a conflict of entrust. I wrote a letter to the Judge and ask for Attourney. My Attourney name was Michael Avans. He talk to me and said the prosecuting Attourney wants you to take a plea Bargan for 50 months. If you take a 2nd degree assalt. And they will drop the other 2nd degree Assault. I said no because I am Innocent, Not Guilty. Any thing I did was in selfdefense. They stoled from me and I went to the hospital beat up. And if I was to take a plea Bargan it would be a second ~~degree~~ strike on me. My Attourney left and went and talk to the prosecuting Attourney. He came back the next day

Inmate # 904036
141 Constantine Way
Aberdeen WA. 98520

Prisoner Civil Rights complaint                    Facts

I then said to my Attourney I am Innocent not Guilty. I am not doing any plea bargan that will give me a secound strike. And Im not getting on stand to protect my self from my prior history. I explained in what happen December 13, 2005. I said you can go to the Hospital and get information from the Doctor. He will tell you he put 9 stiches in my upper right eyebrow. And some of my teeth was Knocked out and I had a small hole in my bottom lip he wanted to stich. And also ribbs was bruised. I was a Bloody mess. My Attourney said I had to fill out a release of Information for him to go talk to the Doctor. So I did. My Attourney never went and seen or talk to the Doctor. He said he would just use the police reports They tell about me going to the hospital for being beat up. We went to trial and Steve Moyer and Mike Moyer never showed up. In trial the defendants denied that Mike Moyer was at the seen fighting. Steven Moyer did not show up

8.

Case 3:12-cv-05093-BHS Document 4-2 Filed 02/14/12 Page 19 of 27

Facts

SCCC 191 Constantine Way
Aberdeen WA. 98520

Prisoner Civil Rights Complaint

to trial. They aquited steven Moyer because he never showed up to trial. I was accused of unreasonable charges that I didnt do. These was the charges the prosecuting Attourney made in accuseing me. NO. 05-1-01662-1 INFORMATION Charging: Count I- Assault IN THE First Degree-DV; or in THE ALTENATIVE-Assault IN THE Secound Degree-DV; Count II- Assault in THE First Degree; OR IN THE ALTENATIVE-Assault IN THE Secound Degree; Count III-BurgLARY IN the First Degree-DV; OR IN the ALTENATIVE-BurgLAry IN THE First Degree-DV (ALL counts with Deadly weapon ENHANCEMENT) I went to Trial and had a very unfair trial. Not Getting my self defense instruction because I didn't get on stand and I was told I never said anything about self defense because I Never got on stand. At the begining of trial the judge ask my Attourney what does Lonnie House Plea. He said: He plea self defense Not Guilty.

Lonnie House 909026
SCCC 191 Constantine way
Aberdeen WA. 98520    Prisoner Civil Right complain

Facts

My Attourney should of ask for selfdefense instruction right when he said selfdefense Not Guilty. As it turn out he ask when the pictures and the baseballbat was brought out. The picture was of me Beat up and pictures of Esther Rogers with No Neck or Head in the colored picture showing a right back arm bruised to what looks like a left hand print. Then there are Black and white pictures of Esther Rogers that Show no harm done to her neck or should say throat. On her right arm look like nothing but a bug bite. Any way as the facts are. The prosecuting Attourney ask Esther Roger's why did Lonnie have the baseballbat against your throat. Esther Rogers says because of what I did and he was putting me in check. The prosecuting Attourney Asked Esther Rogers why she left the seen. Esther Rogers say because of what I did and I had a warrent. The prosecuting Attourney ask

Case 3:12-cv-05093-RBL Document 1 Filed 02/01/12 Page 19 of 27

Lawrence House 109026 Facts
SCCC 191 Constantine way
Aberdeen WA. 98520     Prisoner civil Rights complaint

Esther Rogers if she liked and
Love Lonnie. Esther Rogers said
I do and I have something to
say and I dont want any one
to shut me off for what I need
to say. RightThen the prosecuting
Attourney said stop dont say nothing.
I ask my Attourney to object she
has the freedom of speech to say
what she need to say. The Judge
said to me he was not going to
let her talk. And if she did
he was going to get her for
contempt to court. And the Judge
Said if I had problems talking
with my Attourney to take it
out side of the court. My Attourney
just said let the Appeal courts
handle it. I told my Attourney
we are in trial now and we should
take care of the matter now.
The Judge said he was going
have the Jury take a resess.
The Jury went out side of the
court room and the prosecuting
Attourney went out with them.
The recess got over with in a
few minits. The prosecuting Attourne

Facts

SCCC House 46.026
SCCC 191 constantine way
Aberdeen WA. 98520 *Prisoner Civil Right complaint*

walk in. And I said to her she had no right to go out with the jury and talk to them during trial. she said who said I said anything. And I said I do you went out there with them. The jury came in right behind her. They sat down in the Jury seats. They told the Judge they want to sentence me to 304 months for count 1- Assault IN THE First Degree - with Deadly weapon **ENHANCEMENT.** And that when they aquited Steven Moyer for not appearing in trial. I have been locked up for 6 years now. And I have been trying to defend my self to get my ummunity back. I have went all the way to the sempreme Appeals and No good. Now I'm seeking help from the State District Court Please! My Life is in Danger being with Murders, Rapist, and liars, Thieves. And my family at risk when they come visit. 304 months is to long for some one as my self to do. When I didnt have the bat to begin with on end with And I Never got my Belongings

4,23,2012

Case 3:12-cv-05093-BHS Document 8-1 Filed 02/27/12 Page 17 of 27
Case 3:12-cv-05093-BHS-RJS Document 1 Filed 02/04/12 Page 17 of 27

SCCC 191 constantine way
Aberdeen WA. 98520                                    Facts

Prisoner civil Rights complaint

I allmost left out the fact in trial Esther Roger's lied when she said she did not have the baseball-bat. In the beginning of trial I was accused of Burglary IN THE First Degree with Deadly weapon ENHANCEMENt. Esther Rogers was the first to get on stand. The Prosecuting Attourney asked Esther Rogers if I went in the house. Esther Roger said NO.
The Prosecuting Attourney said that they had to strike the Burglary out. Prosecuting Attourney ask Esther Roger if she had the baseballbat. Esther Roger says NO. My Attourney gets his turn to talk and they get the pictures of Esther Rogers and of Lonnie House. And they also bring out the Baseballbat. My Attourney walk up to Esther Rogers with the Baseballbat and hand it to Esther Rogers. And say do you reconize the BaseBall bat. Esther Rogers says yes. My Attourney ask Esther Rogers How she was holding the baseball bat when she first came out of the House

1,23,2012

SCCC 191 Constantine way
Aberdeen wa. 98520

Facts

Prisoner civil Rights complaint

Esther Rogers said like this. And she was showing how she did it. My Attourney writes on the Marker Board LiEd. He shows the jury and Esther Rogers. Esther Rogers say I did not mean to lie. My Attourney says thats what you did. Esther Rogers says I didnt mean to lie. My Attourney says that will be all for now Judge. Then Esther Rogers Mother Nancey Rogers gets on stand. The prosecuting Attourney ask Nancey Rogers if she seen Esther with the baseballbat. Nancey Rogers said I seen her with something but I dont know what it was. Then the Prosecuting Attourney asked what Esther did when she went outside to talk to Lonnie. Nancey Rogers says she seen Esther Rogers Fighting with Lonnie. Then the prosecuting Attourney said she wanted Esther Rogers back on stand. The prosecuting Attourney ask Esther Rogers why she was fighting with Lonnie. Esther Rogers says Lonnie came to get his belonging and I told him I did not have them there at Eagle House. Then he went out to the van and got his back pack out and left. He came back with cookies and Drinks for me. I told him

1/23/2012

Lonnie Thomas Rogers
SCCC 191 Constantine way
Aberdeen WA. 98520

Facts

Prisoner Civil Rights complaint

I did not want the cookies and knock them out of his hands. And he said he just wanted to get his tent and sleeping Bags. He wanted me to go out to the van and see what was out there. I did not wANt to go and we got iN to it and I fell to the ground. He Fell with me and my Mom came out And was trying to get him off. He ended up putting the bat against my throat. My Mom was yelling call the cops. The prosecuting Attourney ask Esther Rogers how she felt with the baseballbat against her throat. Esther Rogers said I was about to see Haylo's and I pead my pants. The prosecuting Attourney ask Esther Rogers why did Lonnie have the Baseballbat against your throat. Esther Rogers says. Because of what I did and he was putting me in check. The prosecuting Attourney ask Esther Roger why she left the seen. Esther Roger say Because of what I did and I had a warrent. My Attourny said to the Judge as you know Esther Rogers has a warrent.

Case 3:12-cv-05093-RBL-JRC Document 1 Filed 02/14/12 Page 20 of 27

1/23/2012

Sccc 191 constantine way
Aberdeen WA 98520                           Facts

Prisoner Civil Rights Complaint

The Judge Stoner says oh every body here has warrents. And this is what I'm going to do. I'm going to squash all the warrents if you all testify against Lonnie House.

State District Court
I have stated my claim for my civil Rights. And I seek to use the Facts from the transcripts or use them for evindence of perjury also Intrampment
If you Judges see it all in the light and Balance the pictures to the weight of true good justice.

Also I would like you to know the fact in trial Esther Roger said she did not see Deputy Officer David F. Handy until two weeks later. And Officer David F. Handy made a Arresting cause not Appoved for my Arrest December 15, 2005. That was the 2 day after all the trouble started. And there story or lies dont match up to where they seen each other. And that is Fact in the transcripts

## IV. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.) I Want to be able to use transcripts for Facts for Trial or I should say verbatum. in Trial. I ask and want the courts to ecceot my Civil Rights in my claims to be protected by Law. That all defendant pay the price for what they done. And be locked up for what they did. I would like my ummunity, and No debts to pay for what time has been doen. And for any Doctor bills that I created while locked up orout would like Esther Roger to give me any of my belonging back. And she tdont she be Arrested and do time,

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 23 day of January , 20 012.

_Lonnie D House_
(Signature of Plaintiff)

Copys of

Lonnie Dean House
909026

Sccc 191 constantine
way Aberdeen WA,
98520



Pictures from
Dec. 13, 2005
After I left
that Night

This is what
was in Trial



Best scanned image available.

Copy of
Lonnie Dean House
90 9026
SCCC 191 Constantine
way Aberdeen WA.
98520



Pictures from
Dec,13,2005
After I left
Esther Rogers that
Night



This is what
they look like in
Trial

est scanned image available.

05-17203

# COWLITZ COUNTY SUPERIOR COURT
## CAUSE #

### ARRESTEE INFORMATION AND PROBABLE CAUSE SHEET

| Incident No. | 05-17203 | Offense: | Assault 2nd Degree 9A.36.021, Assault 2nd(D.V.) 9A.36.021 |
|---|---|---|---|

| Offense Date: | 12/13/05 | Date/Time of Arrest: | |
|---|---|---|---|
| | | Date/Time of Booking: | |

### ARRESTEE IDENTIFICATION

| Name: | House, Lonnie D. | | DOB: | 06/27/1965 |
|---|---|---|---|---|
| AKA: | | | SID#: | |
| Address: | Transient | | | |
| Phone: | | Co-Arrestee/Suspects: | | |

### VICTIM INFORMATION

| Note: | If child sex offense, DO NOT use child's name, use JANE or JOHN DOE with child's DOB. If victim contact information confidential, DO NOT list. | | |
|---|---|---|---|
| Victim Name: | Rogers, Esther N. Moyer, Steven M. | Victim DOB: | 04/25/1969 05/25/1985 |
| Victim Address: | Rogers-488 Hall Rd. Silver Lake, WA/Moyer-438 Hall Rd. Silver Lake, WA | | |
| Victim Phone: | Rogers 274-6016/Moyer 274-3170 | | |

### PROBABLE CAUSE STATEMENT(S)

You must state probable cause for each new felony, misdemeanor, or traffic offense. Include the types and approximate value of property damage or property taken in property offenses and the type, amount, and field test of controlled substance in drug cases. For citation cases, attach a citation copy in addition to stating probable cause. Failure to provide a statement of probable cause will result in a prisoner's automatic release from custody. Attach extra sheet if necessary.

On 12/13/05 Deputies responded to an assault call at 488 Hall Road in Silver Lake.

During this incident the suspect, Lonnie D. House, showed up at the residence of his former girlfriend, Esther Rogers. Ms. Rogers told Mr. House to leave, but he refused. Mr. House proceeded to grab Ms. Rogers by the arm and then hit her in the side of the neck with his forearm.

This impact knocked Ms. Rogers to the ground. Mr. House then climbed on top of her and held her down. A struggle ensued and Mr. House grabbed a baseball bat and placed it across Ms. Rogers' throat. Mr. House pushed on the bat with enough force that he began to strangle Ms. Rogers. Ms. Rogers began to loose consciousness. While Mr. House was strangling Ms. Rogers, he told her if he could not have her, no one could.

A neighbor, Steven Moyer, heard Ms. Rogers' scream for help. Mr. Moyer ran across the street and attempted to pull Mr. House off of Ms. Rogers. A fight developed and Mr. House struck Mr. Moyer in the head with the baseball bat. As a result of the assault, Mr. Moyer sustained a large "goose egg" bump near the top of his forehead.

The facts of the alleged criminal activity took place in Cowlitz County, WA at: | 488 Hall Road, Silver Lake

| I certify under penalty of perjury and under the laws of the State of Washington that the foregoing statement(s) of probable cause is true and correct. | | | | | |
|---|---|---|---|---|---|
| Date: | 12/15/2005 | City: | Kelso | Officer's Signature: | |
| Agency: | Cowlitz S.O. | Phone: | 360-577-3092 | Print Name: | David F. Handy 1E53 |
| | | | | Supervisor's Approval: | |

OS-17203

I certify under penalty of perjury and under the laws of the State of Washington that I read the foregoing affidavit of Officer
_____verbatim telephonically to Judge/Commissioner_____
on _____at _____am/pm. I further certify that said Judge/Commissioner has authorized
me to check the appropriate box below.

| | |
|---|---|
| Deputy/Officer Signature: | |
| Print Name: | |

☐ **The foregoing affidavit establishes probable cause sufficient to detain the above-named arrestee.**

☐ **The foregoing affidavit DOES NOT establish probable cause sufficient to detain the above-named arrestee.**

Date Signed: _____ Judge/Commissioner:_____

2

Case 3:12-cv-05093-BHS-RLS Document 1- Filed 02/04/12 Page 26 of 27



Esther Rogers is not
even in this Picture,
Her head and Neck
dont show.
And I accused of
strangling her.



Esther Rogers is not even in this Picture, Her Head and Neck dont show And the Picture dont match up