UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LONNIE HOUSE,

    Plaintiff,

  v.

JUDGE STONER, et al.,

    Defendants.

Case No. C12-5093BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 14) and Plaintiff Lonnie House's ("House") objections to the R&R (Dkts. 15, 16, & 17).

On March 29, 2012, Judge Strombom issued the R&R recommending that the Court dismiss House's complaint without prejudice because the claims are not currently "cognizable under 42 U.S.C. § 1983." Dkt. 14 at 5. House is contesting the propriety of his conviction in state court and requesting a new trial as well as monetary damages. *See* Dkt. 13. These claims are not cognizable in a 42 U.S.C. § 1983 action. *See Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994).

The Court having considered the R&R, House's objections, and the remaining record, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     This action is **DISMISSED without prejudice**.

DATED this 24th day of April 2012.

BENJAMIN H. SETTLE
United States District Judge

ORDER